Certificate Number: 11760-PAM-DE-031473309

Bankruptcy Case Number: 14-00001


11760-PAM-DE-031473309

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2018, at 4:42 o'clock PM PDT, Randolph Saunders completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 14, 2018

By: /s/Jennifer L Walter

Name: Jennifer L Walter

Title: Teacher

Certificate Number: 11760-PAM-DE-031473312

Bankruptcy Case Number: 14-00001



11760-PAM-DE-031473312

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2018</u>, at <u>4:44</u> o'clock <u>PM PDT</u>, <u>Sharon Saunders</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 14, 2018</u>

By: <u>/s/Jennifer L Walter</u>

Name: <u>Jennifer L Walter</u>

Title: <u>Teacher</u>