Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-05251-HWV | 004-0 | RONALD L. LONTZ, II<br>Original Check written to:<br>TAMIE LONTZ<br>169 HUP ROAD<br>MILLERSBURG, PA  17061- | | 12,055.36 | 5.78 | 0.00 | 5.78 |
| 13-06359-RNO | 999-0 | SHAWN J. STAUFFER<br>Original Check written to:<br>SHAWN J. STAUFFER<br>44 SLABTOWN RD.<br>CATAWISSA, PA  17820 | | 0.00 | 1,352.00 | 0.00 | 1,352.00 |
| 14-00001-HWV | 001-0 | RANDOLPH LEE SAUNDERS<br>Original Check written to:<br>CARMEL FINANCIAL CORPORATION<br>C/O AMERICAN ACCOUNTS MGMT<br>101 E CARMEL DR, STE 205<br>CARMEL, IN  46032 | 0074 | 2,538.28 | 36.68 | 0.00 | 36.68 |
| 14-00189-HWV | 999-0 | RUSSELL A. FOLLEY<br>Original Check written to:<br>RUSSELL A. FOLLEY<br>3050 BYRON CENTER AVE. SW #8<br>WYOMING, MI  49519- | | 0.00 | 46.53 | 0.00 | 46.53 |
| 14-00433-HWV | 012-0 | DANIEL LEE NESS<br>Original Check written to:<br>LINDA LOOKER<br>3633 NORTH CITRUS CIRCLE<br>ZELLWOOD, FL  32798-9670 | 3818 | 16,523.19 | 975.01 | 0.00 | 975.01 |
| 14-00433-HWV | 014-0 | DANIEL LEE NESS<br>Original Check written to:<br>PHYLLIS HARVEY<br>PDQ ACCOUNTING SERVICES<br>74 KENNICK DRIVE<br>WINDSOR, PA  17366-9114 | | 6,766.32 | 399.27 | 0.00 | 399.27 |